UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                    DATE OF PROCEEDINGS: 10/16/2012

TITLE OF CASE:
UNITED STATES OF AMERICA
        vs.
                                    CRIMINAL DOCKET #: 09-858(JAP)-02
ROBERT RUBECK, DEFENDANT PRESENT.

APPEARANCES:
Robert Zink, Assistant United States Attorney
Robert Kirby, Esquire for Defendant
Lisa Trimboli, Senior, U.S. Probation Officer

NATURE OF PROCEEDINGS:
Ordered interpreter (American Sign Language) sworn; Anna Steckel & Daniel Swartz sworn.
DEFENDANT SENTENCED TO COUNT FOUR OF THE INDICTMENT.
SENTENCE: N/A
SUPERVISED RELEASE: N/A
PROBATION: 1 year with special conditions
FINE: Waived in lieu of restitution.
RESTITUTION: $1,000,000.00 (interest waived)
SPECIAL ASSESSMENT: $100 (due immediately)
Defendant advised of his right to appeal.
Hearing on Government's application to dismiss all pending counts.
Ordered application Granted.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 10:20 a.m.
TOTAL TIME: 20 minutes

                                    s/Dana Sledge
                                    Courtroom Deputy